■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN CRANE, Appellant. [8 NYS3d 924]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Grella, J.), rendered December 6, 2013, convicting him of aggravated driving while intoxicated, driving while intoxicated (two counts), reckless driving, reckless endangerment in the second degree, assault in the third degree (two counts), unauthorized use of a vehicle in the first degree, aggravated unlicensed operation of a motor vehicle in the first degree, aggravated unlicensed operation of a motor vehicle in the second degree, and aggravated unlicensed operation of a motor vehicle in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the imposition of a

consecutive term of imprisonment for his conviction of unauthorized use of a vehicle in the first degree (Penal Law § 165.08) was not illegal. Although the defendant's conviction of unauthorized use of a vehicle in the first degree, and his convictions of aggravated driving while intoxicated (Vehicle and Traffic Law § 1192 [2-a] [a]) and two counts of driving while intoxicated (Vehicle and Traffic Law § 1192 [2], [3]), arose out of a single, extended transaction, the plea colloquy establishes that the convictions of the unauthorized use of a vehicle offense and the above-mentioned driving while intoxicated offenses arose out of separate acts (*see People v Battles*, 16 NY3d 54, 58 [2010]; *People v Frazier*, 16 NY3d 36 [2010]; *People v Walker*, 117 AD3d 886, 887 [2014]; *People v Mikucki*, 116 AD3d 885, 886 [2014]). Eng, P.J., Hall, Cohen and Barros, JJ., concur.